ORIGINAL

LODGED

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   JAMES C. HUGHES (CA SBN: 263878)
4  Assistant United States Attorney
   Room 7211, Federal Building
5  300 North Los Angeles Street
   Los Angeles, California  90012
6  Telephone:  (213) 894-4961
   Facsimile:  (213) 894-0115
7  Email: james.hughes2@usdoj.gov

8  Attorneys for United States of America,
   Petitioner



9
10
11
12
13

        UNITED STATES DISTRICT COURT

        CENTRAL DISTRICT OF CALIFORNIA

              WESTERN DIVISION

14  UNITED STATES OF AMERICA,      )  Case No.  CV12 9750 - SJO
                                   )                        (AGRx)
15             Petitioner,         )  [PROPOSED] ORDER TO SHOW CAUSE
                                   )
16       vs.                       )
                                   )
17  WILLIAM GENE B. LAURENO,       )
                                   )
18             Respondent.         )
    _____)

19

20       Upon the Petition and supporting Memorandum of Points and

21  Authorities, and the supporting Declaration to the Petition, the

22  Court finds that Petitioner has established its *prima facie* case

23  for judicial enforcement of the subject Internal Revenue Service

24  ("IRS" and "Service") summonses. *See* United States v. Powell,

25  379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

26  Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

27  1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

28  1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

                                   1

1   1995) (the Government's *prima facie* case is typically made

2   through the sworn declaration of the IRS agent who issued the

3   summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4   (9th cir. 1993).

5       **THEREFORE, IT IS ORDERED** that Respondent appear before this

6   District Court of the United States for the Central District of

7   California in Courtroom No. _____ / _____,

8   _____  United States Courthouse
           312 North Spring Street,
9          Los Angeles, California 90012

10

11  _____  Roybal Federal Building and United States Courthouse
           255 E. Temple Street,
12         Los Angeles, California 90012

13

14  _____  Ronald Reagan Federal Building and United States Courthouse
           411 West Fourth Street,
15         Santa Ana, California 92701

16

17  _____  Brown Federal Building and United States Courthouse
           3470 Twelfth Street, Riverside, California 92501
18

19  on <u>February 25, 2013</u>, at _____ 8:30 _____ a.M,

20  and show cause why the testimony and production of books, papers,

21  records and other data demanded in the subject Internal Revenue

22  Service summonses should not be compelled.

23      **IT IS FURTHER ORDERED** that copies of this Order, the

24  Petition, Memorandum of Points and Authorities, and accompanying

25  Declaration be served promptly upon Respondent by any employee of

26  the Internal Revenue Service or by the United States Attorney's

27  Office, by personal delivery, or by leaving copies of each of the

28  foregoing documents at the Respondent's dwelling or usual place

1  of abode with someone of suitable age and discretion who resides
2  there, or by certified mail.

3  **IT IS FURTHER ORDERED** that within ten (10) days after
4  service upon Respondent of the herein described documents,
5  Respondent shall file and serve a written response, supported by
6  appropriate sworn statements, as well as any desired motions.
7  If, prior to the return date of this Order, Respondent files a
8  response with the Court stating that Respondent does not desire
9  to oppose the relief sought in the Petition, nor wish to make an
10  appearance, then the appearance of Respondent at any hearing
11  pursuant to this Order to Show Cause is excused, and Respondent
12  shall be deemed to have complied with the requirements of this
13  Order.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1  **IT IS FURTHER ORDERED** that all motions and issues raised by

2 the pleadings will be considered on the return date of this

3 Order. Only those issues raised by motion or brought into

4 controversy by the responsive pleadings and supported by sworn

5 statements filed within ten (10) days after service of the herein

6 described documents will be considered by the Court. All

7 allegations in the Petition not contested by such responsive

8 pleadings or by sworn statements will be deemed admitted.

9

10 DATED: This _ff 21_ day of _____Nov_____, 2012

11

12        United States District Judge

13 Presented By:

14 ANDRÉ BIROTTE JR.
  United States Attorney
15 SANDRA R. BROWN
  Assistant United States Attorney
16 Chief, Tax Division

17

18 _____
  JAMES C. HUGHES
19 Assistant United States Attorney
  Attorneys for United States of America
20 Petitioner

21

22

23

24

25

26

27

28

         4