1 ANDRÉ BIROTTE JR.
United States Attorney
2 SANDRA R. BROWN
Assistant United States Attorney
3 Chief, Tax Division
JAMES C. HUGHES (CA SBN: 263878)
4 Assistant United States Attorney
   Room 7211, Federal Building
5  300 North Los Angeles Street
   Los Angeles, California  90012
6  Telephone:  (213) 894-4961
   Facsimile:  (213) 894-0115
7  Email: james.hughes2@usdoj.gov

8 Attorneys for United States of America,
Petitioner
9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                        WESTERN DIVISION

13

14 UNITED STATES OF AMERICA,        ) Case No. CV12-9750 SJO(AGRx)
                                    )
                Petitioner,         )
15                                  ) **AMENDED** ORDER TO SHOW CAUSE
       vs.                          )
16                                  )
   WILLIAM GENE B. LAUREANO,        )
17                                  )
                Respondent.         )
18 _____)

19

20      Upon the Petition and supporting Memorandum of Points and

21 Authorities, and the supporting Declaration to the Petition, the

22 Court finds that Petitioner has established its *prima facie* case

23 for judicial enforcement of the subject Internal Revenue Service

24 ("IRS" and "Service") summonses.  *See* United States v. Powell,

25 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

26 Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

27 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

28 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

                                   1

1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th cir. 1993).

**THEREFORE**, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following address on the specified date and time, and show cause why the testimony and production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled:

Date:  April 8, 2013

TIME: 8:30 a.m.

Courtroom: No. 1

Address: United States Courthouse
           312 North Spring Street
           Los Angeles, CA 90012

**IT IS FURTHER ORDERED** that copies of this Amended Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.

If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 20th day of February 20, 2013

_S. James Otero_
**S. James Otero**
United States District Judge

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


            /s/
_____
JAMES C. HUGHES
Assistant United States Attorney
Attorneys for United States of America
Petitioner

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28